# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>NICKOLAJ VISSOKOVSKY,<br><br>　　　　Defendant. | Case No. 2:09-cr-132-JAD-GWF-4<br><br>**Order Granting Motion to Dismiss the Second Superseding Indictment against Defendant Nickolaj Vissokovsky** |

　　Pursuant to Federal Rule of Criminal Procedure 48(a), and upon leave of Court, the United States hereby dismisses without prejudice the Second Superseding Indictment against Defendant Nickolaj Vissokovsky.

　　　　　　　　　　　　　　　　　　　CHRISTOPHER CHIOU
　　　　　　　　　　　　　　　　　　　Acting United States Attorney

　　　　　　　　　　　　　　　　　　　*s/*Richard Anthony Lopez
　　　　　　　　　　　　　　　　　　　RICHARD ANTHONY LOPEZ
　　　　　　　　　　　　　　　　　　　Assistant United States Attorney

　　Good cause appearing, leave of court is granted for the dismissal of the indictment against Nickolaj Vissokovsky, and IT IS HEREBY ORDERED that the warrant for his arrest, issued March 24, 2010, is quashed.

　　DATED December 28, 2021

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　HONORABLE JENNIFER A. DORSEY
　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE